UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE ) <br> OF $40,001.70 IN UNITED STATES ) <br> CURRENCY, SEIZED ON OR ABOUT ) <br> SEPTEMBER 4, 2025 ) | M.B.D. No. 26-MC-91019 |

**ASSENTED-TO MOTION TO EXTEND TIME TO FILE CIVIL FORFEITURE COMPLAINT AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE, FOR 90 DAYS, TO AND INCLUDING APRIL 22, 2026**

The United States of America, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, as authorized pursuant to 18 U.S.C. § 983(a)(3)(A), with the assent of Claimant Justin Tatum (the "Claimant"), through his counsel Vikas Dhar, hereby moves upon agreement of the Parties, to extend from January 22, 2026, to April 22, 2026, the time in which the United States is required to file a Verified Complaint for Forfeiture *in Rem* alleging forfeiture and/or obtain indictment alleging forfeiture regarding the following property to which a claim has been filed by the Claimant in a nonjudicial civil forfeiture proceeding with the United States Drug Enforcement Administration ("DEA"):

    a. $40,001.70 in United States currency, seized on or about September 4, 2025 (the "Currency").

A proposed Order Extending the Time to File Civil Forfeiture Complaint and/or Obtain Indictment Alleging Forfeiture is submitted herewith. The United States, with the assent of the Claimant (collectively, the "Parties"), in support of this motion, states as follows:

1. The Property was seized on September 4, 2025.

2. DEA sent notice of its intent to forfeit the Currency administratively, as required by 18 U.S.C. § 983(a)(1)(A).

3. The Claimant filed a claim to the Currency, which was received by DEA on a

1

timely basis.

  4.  DEA transmitted the claim received in the nonjudicial civil forfeiture proceedings for the Currency to the United States Attorney for the District of Massachusetts, for the purpose of initiating a judicial forfeiture action against the Currency.

  5.  In general, the United States must take action within 90 days after a claim was filed in the nonjudicial forfeiture proceeding, unless the time has been extended for good cause or upon agreement of the parties.  Specifically, 18 U.S.C. § 983(a)(3)(A) provides:

> (A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown ***or upon agreement of the parties***.

(emphasis added).

  6.  The United States, with the assent of Claimant via his counsel, requests an extension of time, to and including April 22, 2026, so that the United States may review information associated with this matter, including gathering any additional material necessary to evaluate the claim.

**CONCLUSION**

The United States, with the assent of counsel for the Claimant, respectfully requests that the Court enter an Order extending the period in which the United States is required to file a civil complaint against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture, up to and including April 22, 2026.

Respectfully submitted,

LEAH B. FOLEY,
United States Attorney,

By:   /s/ Matthew M. Lyons
      MATTHEW M. LYONS
      Assistant United States Attorney
      United States Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3100
Date:   January 14, 2026      matthew.lyons@usdoj.gov